## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: REBA PERKINS**                                            **CHAPTER 7**

**DEBTOR**                                                                **CASE NO: 18-12090-JDW**

### MOTION TO EXTEND TIME

COMES NOW, the Debtor, by and through her attorney, and moves this Court for an Order Extending Time to file her Financial Management Course Certificate. Debtor would request an additional fourteen (14) days within which to file the necessary document.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order extending time an additional fourteen (14) days within which to file her Financial Management Course Certificate.

Respectfully submitted, this 1st day of October, 2018.

                                           /s/ Robert H. Lomenick
                                           ROBERT H LOMENICK, JR. MSB#104186
                                           P. O. Box 417
                                           Holly Springs, MS 38635
                                           662-252-3224

## CERTIFICATE OF SERVICE

    I, Robert H Lomenick, attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States Mail, postage prepaid, of the above and foregoing Motion to Extend Time to.

Selene D. Maddox
362 North Broadway Street
Tupelo, MS 38804

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201

all creditors at their respective addresses

DATED: October 1, 2018                       /s/ Robert H Lomenick
                                                       ATTORNEY FOR DEBTOR(S)