SO ORDERED,



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: REBA PERKINS                                              CHAPTER 7

**DEBTOR**                                                       CASE NO: 18-12090-JDW

### ORDER TO EXTEND TIME

THIS CAUSE came on for hearing on Debtor's Motion to Extend Time to file her Financial Management Course Certificate, and the Court being fully advised in the premises does hereby find and Order as follows:

THAT Debtor's Financial Management Course Certificate is required to be filed no later than ~~October 15~~, 2018.

(JDW) October 12

##END OF ORDER##

SUBMITTED BY:
Robert H. Lomenick, Jr.
Attorney at Law
P. O. Box 417
Holly Springs, MS 38635
662-252-3224